Cindy L. Nugent-Davi
5749 Arrow Tree Street
Las Vegas, NV. 89130
In Proper Person



2010 MAR 15  P 12: 32

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BY_____DEPUTY
Case No.

CINDY L. NUGENT-DAVI

       Plaintiff,

       VS.

2:09-cv-01921-LRH-PAL

CLARK COUNTY, a County existing under the
laws of the State of Nevada;; THE LAS VEGAS
METROPOLITAN POLICE DEPARTMENT
DOE OFFICERS I through X,
individually, and in their official capacity;
    DOES XI through XX, inclusive

**MOTION OF ACTUAL NOTARIZED
AFFIDAVIT**

       Defendant(s),

Representing the Defendant(s) of
Las Vegas Metropolitan Police Department

ARE:  FOX ROTHSCHILD, LLP.
      Attorney: Lisa J. Zastrow
      Attorney: Lyssa S. Anderson
      3800 Howard Hughes Parkway
      5TH Floor
      Las Vegas, NV. 89169

And Representing now the Defendant(s) of
Clark County

ARE: DAVID ROGER
      District Attorney
      CIVIL DIVISION
      By: Stephanie A. Barker
      Chief Deputy District Attorney
      500 South Grand Central Pkwy.
      P . O. Box 552215
      Las Vegas, Nevada 89155-2215

## MOTION ON ACTUAL NOTARIZED AFFIDAVIT

Plaintiff, Cindy L. Nugent-Davi, In Proper Person, puts forth the "actual, notarized"

Affidavit of Denise Purificato,  Sister of Plaintiff, with copy of it's envelope, as received by Certified

U.S Mail on late afternoon of  3/11/2010, attached hereto as **Exhibits #1 and #2**.  A "unsigned copy"

was submitted on 3/2/2010 in Plaintiff's "In Support Of..." Motion as Exhibits #31 through #34.  As

mention within that Motion, that Plaintiff was unable to obtain the "signed notarized" at time, due

to weather conditions and  Unavoidable U.S Postal Service delays/problems and that it would be

submitted to the court as soon as it was received by Plaintiff.  Requesting that the "notarized"

Affidavit be accepted due to the facts that were set forth previously, attached hereto, under Local

Rule 56-1.


DATED this /0ᵗʰ day of March, 2010


CINDY L. NUGENT-DAVI

CINDY L. NUGENT-DAVI, PLAINTIFF,
 In Proper Person
 5749 Arrow Tree St.
 Las Vegas, NV.  89130-7278
 Phone #702-502-0474


## CERTIFICATE OF MAILING


Pursuant to FRCP 5(b),  I hereby certify that service of the foregoing

**MOTION OF ACTUAL NOTARIZED AFFIDAVIT** was made this date be depositing a true copy of the

same for mailing at Las Vegas, Nevada, addressed to Defendant(s) Counsel(s):

FOX ROTHSCHILD, LLP.
Attorney: Lisa J. Zastrow
Attorney: Lyssa S. Anderson
3800 Howard Hughes Parkway
5TH Floor
Las Vegas, NV. 89169

DAVID ROGER
District Attorney
CIVIL DIVISION
By: Stephanie A. Barker
Chief Deputy District Attorney
500 South Grand Central Pkwy.
P .O.  Box  552215
Las Vegas, Nevada  89155-2215

DATED: this 15th of March, 2010.

CINDY L. NUGENT-DAVI

Cindy L. Nugent-Davi, PLAINTIFF,
In Proper Person

Exhibit
#1

Denise Purificato
2710 Maxwell Street,
Philadelphia, Pa.19136-1017
Telephone(215)677-0586


RE: ON The Facts That I Was Never PERSONALLY CONTACTED ABOUT MY SISTER'S
WHEREABOUTS, CONDITION OR ANYTHING, DURING OCTOBER 11,2007 TO OCTOBER 12, 2007,
WHILE SHE WAS WITHIN THE CONFINES BY "AUTHORITES" LISTED WITHIN KNOWN OR UNKNOWN.

## AFFIDAVIT

I, Denise  Purificato , a Citizen of the United States of America, Biological Sister of Cindy L. Nugent-Davi,
Do hereby swear all statements submitted within this Notarized Affidavit to be true and correct to the best
Of my knowledge…

1.  **FACT:**   I , Denise Purificato am the biological oldest sister of Cindy L, Nugent-Davi .
2.  **FACT:**  I , Denise , have very often been listed  as "Cindy's Emergency Contact" for school, jobs,
    Hospitals, and any other  matters  needing an "Emergency Contact " listed.  I am 'generally a stay at
    home mom ' and easy to reach.
3.  **FACT:** On the dates of October 11,2007 and October 12,2007 , I was never informed or contacted byAny
    of the following: Law Enforcement-Officers or Officials of Nevada, any Jails and / or their Staff or Staffs'
    Superiors in Nevada, any UMC Hospital-Employees, Staff, Specialists, Dr. s' , Nurses, Billing, etc. None in
    and/or from the State of Nevada. No Internal Affairs Investigators, nor  Prisoner Health Insurance
    Employees, Representatives, nor any persons involved with the "brutal beating" and events that followed
    On those days I referred to, pertaining to my sister, Cindy L. Nugent-Davi.
4.  **FACT:** No 'One from Las Vegas Metropolitan Police Department called/spoke to me.
5.  **FACT:** No **one** from UMC Hospital called me, Not Dr.'s , Nurses, and/or Staff, or non-staff members .
6.  **FACT: 'I was never informed** as to the whereabouts, condition, well-being, events that took place,
    Surgeries , especially the ' high risk' surgeries that were done to my sister, her arrest, being put in "jail,. my
    sister dying and being revived, I was never called/ or asked if my sister had any allergies, to/or on any
    medications,/or any past medical history, no ' One even contacted me for any medical permission for
    UMC to do what the did to my sister at UMC . **no " One' CALLED/SPOKE to me about  Cindy"**
7.  **FACT:** The first time I heard about " any this" was when my sister was in a cab, after leaving the hospital,
    and getting her dog and on her way home, via her cell phone around 12 noon-1pm on
    October12,2007She had told me ,she had bin given  her cell phone back with her 'bag of belongings' by
    Internal Affairs At UMC Hospital. Apparently her **'FIRST" and ONLY"** phone call she was able to make'
    since being taken from her home on October 11,2007 by Las Vegas Metropolitan Police Department.
8.  **FACT:** I , Denise , was never even contacted while/or after she was released from  the UMC Hospital  by
    any' of the Defendants in this case.
9.  **FACT:** My  name 'Denise' is on the UMC Hospital Records, as well as my telephone number , as the
    **"Emergency Contact"** , that'    **"no contact"**  was made with'!
10.  **FACT:**  I was never  contacted as to  the  arrest and incarceration and so forth.
11.  **FACT:** When I  was able to look over some the medical records that Cindy was able to get in April 2009,
    I was 'upset' that the UMC Hospital had my  name and telephone number as her "EMERGENCY CONTACT" in
    her records, and that they were to  contact that person for permission  to treat/ prescribe medications  when
    someone like her at the time was unable to answer/understand/sign/allow treatment from the hospital,
    Hospitals are not just allowed to do things to you when your not in your full state of mind, They must  **CONTACT**
    the **'EMERGENCY CONTACT'/FAMILY MEMBER**  due to all the  'HIPA'  laws .

**Respectfully,**

Denise Purificato,  Biological oldest sister of    Cindy L. Nugent-Davi

SUBSCRIBED  AND  SWORN  BEFORE  ME

This _____ day of _____ 2010

NOTARY PUBLIC in/and for  said County and State
My Commission Expires: _____

COMMONWEALTH OF PENNSYLVANIA

| Notarial Seal |
| John J. Tryon, Notary Public |
| Bensalem Twp., Bucks County |
| My Commission Expires Aug. 12, 2010 |

Member, Pennsylvania Association of Notaries

# Exhibit #2

U.S. POSTAGE
PAID
PHILADELPHIA,PA
19154
MAR 08. 10
AMOUNT
$5.54

89130

UNITED STATES
POSTAL SERVICE
1000

Ms. Cindy L. Nugent-Davis
5749 Arrow Tree Street
Las Vegas, NV. 89130-7278

3-15-10

8513087278

2710 Maxwell Street
Phila. Pa 19136



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

Purificato
2710 Maxwell St
Philadelphia, PA 19136

7009 0820 0001 8017 5907