UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CINDY NUGENT-DAVI,

                Plaintiff,

vs.

CITY OF LAS VEGAS, *et. al.*,

                Defendant.

Case No. 2:09-cv-01921-LRH-GWF

**ORDER**

        This matter is before the Court on Lisa J. Zastrow, Esq. and the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino's *Ex Parte*[1] Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice and Special Notice (#65), filed November 19, 2010.

        Ms. Zastrow requests that she be removed from the CM/ECF service list as she is no longer representing Defendant Las Vegas Metropolitan Police Department ("Las Vegas Metro Police"). However, upon reviewing the docket in this action, the Court finds that Ms. Zastrow[2] has never withdrawn as counsel for record of Defendant Las Vegas Metro Police.

        LR IA 10-6(b) states that "No attorney may withdraw after appearing in a case except by leave of court after notice is served on the affected client and opposing counsel." On July 31, 2010, Plaintiff filed his Amended Complaint. (#52). In contrast to his initial complaint, Plaintiff did not name Las Vegas Metro Police as a defendant in his amended complaint. However, while Las Vegas Metro Police was terminated as a party to this action, counsel for Las Vegas Metro Police never sought leave of the . . .

---

[1] While the present motion is titled as "*ex parte*," the motion was served on all parties to this action and is therefore not a communication solely between the party filing the motion and the Court.

[2] Ms. Zastrow is listed in the court docket under her former law firm, Fox Rothschild LLP. She is currently practicing with the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino.

Court to withdraw from representation. As a result, Lyssa Anderson, Esq. and Ms. Zastrow remain counsel of record for Defendant.

The Court will consider the present motion as a motion to withdraw as counsel. To date, no party has filed a response to the present motion and the time for opposition has now expired. Furthermore, the Court finds the movant substantially establishes good cause for the withdrawal. In addition, Defendant will continue to be represented by Lyssa Anderson, Esq. Accordingly,

**IT IS HEREBY ORDERED** that Lisa J. Zastrow, Esq. and the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino's *Ex Parte* Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice and Special Notice (#65) is **granted**.

DATED this 18th day of January, 2011.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**