# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CINDY NUGENT-DAVI,

                Plaintiff,

vs.

CITY OF LAS VEGAS, *et. al.*,

                Defendant.

Case No. 2:09-cv-01921-LRH-GWF

**ORDER**

       This matter is before the Court on the Request to Stay Discovery (#75) filed May 23, 2011. The Court conducted a hearing on July 7, 2011. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

       **IT IS ORDERED** the Request to Stay Discovery (#75) is **granted in part, and denied in part**. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **December 14, 2011**
2. Last date to amend pleadings and add parties: **September 16, 2011**
3. Last date to file interim status report: **October 17, 2011**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **October 17, 2011**
5. Last date to disclose rebuttal experts: **November 16, 2011**
6. Last date to file dispositive motions: **January 13, 2012**
7. Last date to file joint pretrial order: **February 13, 2012**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

. . .

1    **IT IS FURTHER ORDERED** that the taking of Plaintiff's deposition is stayed until **October 17, 2011.** Other discovery may proceed in accordance with this scheduling order.

DATED this 7th day of July, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge