# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CINDY NUGENT-DAVI, | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-01921-LRH-GWF |
| vs. | ) | **ORDER** |
| CITY OF LAS VEGAS, *et. al.*, | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' failure to file a Joint Pretrial Order. On March 5, 2012, the Court ordered that the parties file the Joint Pretrial Order on or before March 15, 2012 (Order #91). To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Pretrial Order no later than **April 2, 2012**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 21st day of March, 2012.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE