# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CINDY NUGENT-DAVI, )
                                   )
                 Plaintiff, )     Case No. 2:09-cv-01921-LRH-GWF
                                     )
vs. )     **ORDER**
                                     )
CITY OF LAS VEGAS, *et. al.*, )
                                     )
                 Defendant. )
_____ )

        This matter is before the Court on the parties' failure to file a Joint Pretrial Order.  On March 5, 2012, the Court ordered that the parties file the Joint Pretrial Order on or before March 15, 2012 (Order #91).  To date, the parties have failed to comply.  Accordingly,

        **IT IS ORDERED** that the parties shall file a Joint Pretrial Order no later than **April 2, 2012**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

        DATED this 21st day of March, 2012.


                                 _____
                                 GEORGE FOLEY, JR.
                                 UNITED STATES MAGISTRATE JUDGE