# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CINDY NUGent-DAVI, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:09-cv-01921-LRH-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CITY OF LAS VEGAS, *et. al.*, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   This matter comes before the Court on Defendants' Response to Order to Show Cause (#94), filed on April 23, 2012 and Plaintiff's Response to Order to Show Cause (#95), filed on May 1, 2012. On March 5, 2012 and March 21, 2012, the Court entered Orders (#91, 92), requiring the parties to file their joint pretrial orders by March 15, 2012 and April 2, 2012, respectively. The parties failed to file a pretrial order, and on April 11, 2012, the Court issued an Order to Show Cause regarding the parties' failure to comply with the Court's Orders. Defendants timely filed their Response (#94), stating that it has had no contact with Plaintiff since September 12, 2011.

   Plaintiff filed her Response (#95) on May 1, 2012. Plaintiff's response is 59 pages, and contains, among other things, allegations which appear irrational concerning the underlying claims and recent events that have prevented her from participating in this case. Despite Plaintiff's current circumstances, this case must proceed. The Court will therefore grant the parties an additional 30 days to meet and confer and file a joint pretrial order. Pursuant to LR 16-3(c), it is Plaintiff's responsibility to initiate the meet and confer to discuss the filing of the joint pretrial order. Failure to comply with this Order will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for Plaintiff's failure to prosecute. Accordingly,

1  **IT IS HEREBY ORDERED** that the parties shall file a joint pretrial order which fully
2  complies with the requirements of LR 16-3 and LR 16-4 no later than **June 1, 2012.**
3  DATED this 2nd day of May, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge