# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CINDY NUGENT-DAVI, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:09-cv-01921-LRH-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CITY OF LAS VEGAS, *et. al.*, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on Plaintiff's Response to Order and Plaintiff's Request to Stay Joint Pretrial Order (#99), filed on June 4, 2012. On May 2, 2012, the Court ordered Plaintiff to initiate a meet and confer with Defendants and file a joint pretrial order no later than June 1, 2012. In response to that order, Plaintiff states that she attempted to contact Defendants, but was unable to reach them. Plaintiff now requests the Court stay the filing of the joint pretrial order for a period of 180 days in light of several personal issues Plaintiff is dealing with.

While the Court recognizes the number of issues Plaintiff is currently facing, the Court will not stay the filing of the joint pretrial order for 180 days. Giving Plaintiff the benefit of the doubt, the Court will grant Plaintiff a 45 day extension of time to file the joint pretrial order. The Court reminds Plaintiff that pursuant to Local Rule 16-3(c), it is Plaintiff's responsibility to initiate the meet and confer to discuss the filing of the joint pretrial order. The Court will order that a copy of Local Rule 16 be sent to Plaintiff, to assist her in drafting the joint pretrial order. The Court directs Plaintiff to Local Rule 16-4, which outlines the form Plaintiff should follow in drafting the joint pretrial order. The Court also instructs Defendants to cooperate and work with Plaintiff in drafting and filing the joint pretrial order.

1   This will be the last extension of time the Court will grant regarding the filing of the joint
2   pretrial order. Failure to file the joint pretrial order by the date below will result in the imposition of
3   sanctions up to and including a recommendation to the District Judge that the complaint be dismissed
4   for Plaintiff's failure to prosecute. Accordingly,

5   **IT IS HEREBY ORDERED** that the parties shall file a joint pretrial order which fully
6   complies with the requirements of LR 16-3 and LR 16-4 no later than **Monday, July 23, 2012.**
7   DATED this 6th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge